UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NEOCLEOUS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.  5:15-cv-00501-EJD <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 18 |

Having reviewed the parties Joint Case Management Conference Statement (Docket Item No. 18), the Court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for August 27, 2015, is CONTINUED to **10:00 a.m. on November 12, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **November 05, 2015**, unless a stipulated request to stay this action is filed prior to that date.

**IT IS SO ORDERED.**

Dated: August 24, 2015

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-00501-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE